*FROM THE OFFICE OF THE*

**FAMILY AND CONSUMER LAW CENTER**

*WWW.RICONSUMERLAW.COM*

CLAUDE F. LEFEBVRE
CHRISTOPHER M. LEFEBVRE, P.C.

*ATTORNEYS & COUNSELORS AT LAW*

RECEIVED BY

MAY 26 2005

March 20, 2005

**CERTIFIED MAIL-RETURN RECEIPT REQUESTED**

First Horizon Home Loan Corporation
15 Constitution Drive
Bedford, NH 03110

First Horizon
Mail Code 6412, 4000 Horizon Way
Irving, TX 75063

**Re: Notice of Rescission by Ronald McDermott, 968 Putnam Pike, Chepachet, Rhode Island 02814, Loan Number: 0044626422, Closing Date: 8/8/2003.**

To Whom It May Concern:

I represent Ronald McDermott concerning the loan transaction he entered into with First Horizon Home Loan Corporation on August 8, 2003, in which he subsequently became obligated on a mortgage loan transaction with First Horizon Home Loan Corporation. Please be advised that I have been authorized by my client to rescind that transaction and hereby exercise that right pursuant to the Federal Truth In Lending Act, 15 U.S.C. Section 1635 and Regulation Z, Section 226.23.

The primary basis for the rescission is that Mr. McDermott was not provided with an accurate copy of the notice of his right to rescind the above consumer credit contract, in violation of 15 U.S.C. Section 1635(a) and Regulation Z, Sections 226.17 and 226.23.

The security interest held by First Horizon Home Loan Corporation on McDermott's property located at 968 Putnam Pike, Chepachet, Rhode Island is void as of this rescission. Pursuant to Regulation Z, you have twenty days after receipt of this Notice of Rescission to return to my client all monies paid and to take action necessary and appropriate to terminate the security interest.

Very Truly Yours,
Ronald McDermott
By his Attorney,

Christopher M. Lefebvre
P. O. Box 479
Pawtucket, RI 02862

c/c:Ronald McDermott

*FROM THE OFFICE OF THE*
FAMILY AND CONSUMER LAW CENTER
P.O. BOX 479
PAWTUCKET, RHODE ISLAND 02862

7110 1093 9385 0000 0560

U.S. POSTAGE PB3587642
$04.420 MAY 20 2005
MAILED FROM ZIP CODE 02860

RETURN RECEIPT REQUESTED
CERTIFIED MAIL

LOW VALUE
1300 PB3587642
3742 $00.000 MAY 23 2005
7789 MAILED FROM ZIP CODE 02860

First Horizon Home Loan Corporation
15 Constitution Drive
Bedford, NH 03110

NAME________
1st Notice________
2nd Notice________
Return________

03110+5086 32

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| FIRST HORIZON HOME LOAN CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>RONALD MCDERMOTT and BEVERLY MCDERMOTT,<br><br>Defendants. | ) | Civil Action No. |

**CORPORATE DISCLOSURE STATEMENT**

In accordance with Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff First Horizon Home Loan Corporation ("First Horizon") states as follows:

First Horizon Home Loan Corporation is a wholly-owned subsidiary of First Tennessee Bank National Association, which is a wholly-owned subsidiary of First Horizon National Corporation, a publicly traded company.

Respectfully submitted,

FIRST HORIZON HOME LOAN CORPORATION,
By its attorneys,

John B. Daukas (R.I. Bar # 5437)
GOODWIN PROCTER LLP
Exchange Place
Boston, MA 02109
(617) 570-1000

Of Counsel:
James W. McGarry (BBO # 633726)
Daniel J. Pasquarello (BBO # 647379)
GOODWIN PROCTER LLP
Exchange Place
Boston, MA 02109
(617) 570-1000

Dated: June 14, 2005