UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| FIRST HORIZON HOME LOAN CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>RONALD MCDERMOTT and, BEVERLY MCDERMOTT<br><br>Defendant. | Civil Action No. 05-263 (ML) |

**STATUS REPORT**

Pursuant to the November 8, 2006 Court Order, plaintiff First Horizon Home Loan Corporation ("First Horizon") hereby submits the following status report.

On July 18, 2005, the Court granted First Horizon's Unopposed Motion to Stay All Activity until class certification is decided by the United States District Court for the District of Massachusetts in *McKenna, et al. v. First Horizon Home Loan Corp.*, C.A. No. 04-10370 (RCL) ("*McKenna*") because it was possible that Defendant could be included as a member of a nation-wide class in *McKenna*. On November 8, 2006, the Court ordered First Horizon to submit a status report on the progress of litigation before the Court of Appeals in *McKenna*.

On January 29, 2007, the United States Court of Appeals for the First Circuit reversed the class certification decision of the United States District Court for the District of Massachusetts in *McKenna, et al. v. First Horizon Home Loan Corp.*, C.A. No. 04-10370 (RCL), vacated the District Court's class certification order, and remanded the case to the District Court for further proceedings.

First Horizon also respectfully brings to the attention of this Court the case captioned *Johnny Santos Rodriguez, et al. v. Doral Mortgage Corp.*, *et al.*, Civil No. 05-1278 (JP), that is on appeal from the United States District Court for the District of Puerto Rico. *Rodriguez,* argued before the United States Court of Appeals for the First Circuit on the same day as *McKenna*, presents the question of whether a rescission notice that did not strictly comply with the model form promulgated by the Federal Reserve Board may nonetheless constitute sufficient notice to borrowers, an issue squarely before the Court in this matter.

FIRST HORIZON HOME LOAN
CORPORATION,

By its attorney,

/s/ John B. Daukas
John B. Daukas (R.I. Bar # 5437)
GOODWIN PROCTER LLP
Exchange Place
Boston, MA 02109
(617) 570-1000

Of Counsel:
Thomas M. Hefferon (BBO # 548289)
U. Gwyn Williams (BBO # 565181)
GOODWIN PROCTER LLP
Exchange Place
Boston, MA 02109
(617) 570-1000

Dated: March 2, 2007

**CERTIFICATE OF SERVICE**

The undersigned counsel certifies that the foregoing document is being filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing on March 2, 2007. The foregoing document will be available for viewing and downloading from the ECF system.

/s/ John B. Daukas
John B. Daukas (R.I. Bar # 5437)