UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

FIRST HORIZON HOME LOAN CORPORATION,

Plaintiff,

v.

RONALD MCDERMOTT and BEVERLY MCDERMOTT,

Defendants.

Civil Action No. 05-263 (ML)

**STATUS REPORT**

Pursuant to the May 19, 2008 Court Order, plaintiff First Horizon Home Loans, a division of First Tennessee Bank National Association and successor by merger to First Horizon Home Loan Corporation ("First Horizon"), hereby submits the following status report.

The parties respectfully request that the Court continue to stay all activity in this case as an issue that may be dispositive in this case is currently under consideration by the United States Court of Appeals for the First Circuit in a similar case.

By way of background, on July 18, 2005, the Court granted First Horizon's Unopposed Motion to Stay All Activity until class certification is decided by the United States District Court for the District of Massachusetts in *McKenna, et al. v. First Horizon Home Loan Corp.*, C.A. No. 04-10370 (RCL) ("*McKenna*") because it was possible that Defendant could be included as a member of a nation-wide class in *McKenna*.

On January 29, 2007, the United States Court of Appeals for the First Circuit reversed the class certification decision of the United States District Court for the District of Massachusetts in

*McKenna, et al. v. First Horizon Home Loan Corp.*, C.A. No. 04-10370 (RCL), vacated the District Court's class certification order, and remanded the case to the District Court for further proceedings.

On March 3, 2008, the District Court granted First Horizon's motion for summary judgment and denied plaintiffs' cross-motion for summary judgment on liability. Specifically, the District Court concluded that the Notice of Right to Cancel that First Horizon provided to plaintiffs at the closings for their mortgage loan refinancings informed them of all required information regarding their right to rescind those loans.

On March 18, 2008, plaintiffs filed an appeal with the United States Court of Appeals for the First Circuit of the District Court's summary judgment ruling. Plaintiffs' appeal is currently pending before the First Circuit Court of Appeals.

Counsel for First Horizon has conferred with counsel for defendant and both parties agree that this Court should continue to stay all activity in this case until a final resolution of *McKenna*. The issue currently pending before the United States Court of Appeals for the First Circuit in *McKenna* is whether the Notice of Right to Cancel that First Horizon provided to Plaintiffs at the closings for their mortgage loan refinancings informed them of all required information regarding their right to rescind those loans. Because that issue is also at the heart of this litigation, the parties respectfully request that the Court continue to stay all activities in this case until *McKenna* is finally resolved.

FIRST HORIZON HOME LOAN CORPORATION,

By its attorney,

/s/ John B. Daukas
John B. Daukas (R.I. Bar # 5437)
GOODWIN PROCTER LLP
Exchange Place
Boston, MA 02109
(617) 570-1000
jdaukas@goodwinprocter.com

Of Counsel:
Thomas M. Hefferon (BBO # 548289)
U. Gwyn Williams (BBO # 565181)
GOODWIN PROCTER LLP
Exchange Place
Boston, MA 02109
(617) 570-1000
thefferon@goodwinprocter.com
gwilliams@goodwinprocter.com

Dated: June 13, 2008

**CERTIFICATE OF SERVICE**

The undersigned counsel certifies that the foregoing document is being filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing on June 13, 2008. The foregoing document will be available for viewing and downloading from the ECF system.

/s/ John B. Daukas____________
John B. Daukas (R.I. Bar # 5437)